# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
) No. 76574-4-I
Respondent, )
) DIVISION ONE
v. )
) UNPUBLISHED OPINION
JESSE ADRIAN ZIESING, )
DOB: 08/06/1998, )
)
Appellant. ) FILED: _____APR 1 6 2018_____

PER CURIAM. Jesse Adrian Ziesing appeals the sentence imposed following his conviction for attempted first degree burglary. He contends, and the State concedes, that Ziesing is entitled to resentencing under the State Supreme Court's recent decision in State v. Houston-Sconiers, 188 Wn.2d 1, 391 P.3d 409 (2017)(adult courts sentencing juveniles have absolute discretion to depart from sentencing ranges and otherwise mandatory sentencing practices based on the defendant's youth). Following the State's concession, Ziesing "knowingly and voluntarily" withdrew his other argument on appeal. We accept the State's concession and remand for resentencing.

Remanded for resentencing.

For the Court:

